IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| BYRON D. PRIMAS, | ) | |
|---|---|---|
| Petitioner, | ) | No. C 05-5397 CRB (PR) |
| vs. | ) | ORDER OF TRANSFER |
| DIRECTOR OF CORRECTIONS, et al., | ) | |
| Respondent. | ) | |

Byron D. Primas has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2254 seeking "reduction of prison time." Primas is incarcerated at the Sierra Conservation Center in Jamestown, California, County of Tuolumne, which lies in the Eastern District of California. See 28 U.S.C. § 84(b).

Venue is proper in a habeas action in either the district of conviction or the district of confinement, id. § 2241(d); however, the district of confinement is the preferable forum to review the execution of a sentence. See Habeas L.R. 2254-3(a); Dunne v. Henman, 875 F.2d 244, 249 (9th Cir. 1989); cf. Laue v. Nelson, 279 F. Supp. 265, 266 (N.D. Cal. 1968) (district of conviction preferable forum to review conviction).

Because the County of Tuolumne lies in the Eastern District of California, the court orders that pursuant to 28 U.S.C. § 1404(a) and Habeas Local Rule 2254-3(b), and in the interest of justice, this petition be transferred to the United States District Court for the Eastern District of California.

The clerk shall transfer this matter and terminate all pending motions as moot.

SO ORDERED.

DATED: Jan.12 , 2006

CHARLES R. BREYER
United States District Judge